```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 13246
   FRANK JOSEPH LATCHIN
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4944

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/07/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.11% from remaining funds.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED OTH     200.00             .00          74.18
DIAGNOSTIC RADIOLOGIST     UNSECURED        NOT FILED           .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED OTH    2700.40             .00        1001.52
FIRST CONSUMERS NB         UNSECURED OTH    5103.79             .00        1892.89
ECAST SETTLEMENT CORP      UNSECURED OTH     277.76             .00         103.02
MCM                        UNSECURED        NOT FILED           .00            .00
MCM                        UNSECURED        NOT FILED           .00            .00
PROVIDIAN                  UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED OTH    3728.16             .00        1384.90
SPIEGEL                    UNSECURED        NOT FILED           .00            .00
SANJAY S JUTLA ESQ         NOTICE  ONLY     NOT FILED           .00            .00
DEPENDON COLLECTION SERV   NOTICE  ONLY     NOT FILED           .00            .00
GENESIS FINANCIAL SOLUTI   NOTICE  ONLY     NOT FILED           .00            .00
ARMOR SYSTEMS CORP         NOTICE  ONLY     NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE  ONLY     NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           443.49
DEBTOR REFUND              REFUND                                            115.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            7,715.74

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 4,456.51
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                        443.49
DEBTOR REFUND                               115.74

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 13246 FRANK JOSEPH LATCHIN
```

```
                        ---------------       ---------------
TOTALS                         7,715.74              7,715.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 09/25/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```